NUMBER 13-06-141-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

______
___________________________________________________________                                                  

 IN RE: ARMANDO AND FLORA LUNA D/B/A ARUBA POOLS
& SPA

__________________________________________________________________

 

                      On Petition for Writ of
Mandamus __________________________________________________________________

 

                     MEMORANDUM OPINION

 

        Before Chief Justice Valdez and Justices
Rodriguez and Castillo

                            Per Curiam
Memorandum Opinion[1]

 








Relators, Armando and Flora Luna d/b/a Aruba Pools & Spa, filed a
petition for writ of mandamus in the above cause on March
27, 2006.  After the filing of the
petition, relators informed this Court that the jury issue raised in the
petition has been resolved.  The Court,
therefore, is of the opinion that relators' petition is now
moot.  Accordingly, relators' petition
for writ of mandamus is denied as moot.  See
Tex. R. App. P. 52.8(a).

PER
CURIAM

 

Memorandum Opinion
delivered and filed

this 27th day of
March, 2006.











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).